UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                       21 CR 640 (PKC)

        -against-                                               ORDER

RIGOBERTO RAMOS,

                Defendants.
-----------------------------------------------------------x
CASTEL, U.S.D.J.

        Sentencing for Rigoberto Ramos is adjourned from September 14, 2022 to October 25, 2022 at 3:00 p.m. in Courtroom 11D.

        SO ORDERED.

                                                        P. Kevin Castel
                                       United States District Judge

Dated: New York, New York
           September 15, 2022