UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                              21 CR 640 (PKC)

          -against-                                             ORDER

RIGOBERTO RAMOS,

                        Defendants.
------------------------------------------------------------x
CASTEL, U.S.D.J.

        Sentencing for Rigoberto Ramos is adjourned from December 8, 2022 to January 25, 2023 at 2:00 p.m. in Courtroom 11D.

        SO ORDERED.

                                                             *P. Kevin Castel*
                                                             P. Kevin Castel
                                                         United States District Judge

Dated: New York, New York
          December 1, 2022