

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 27, 2022

> Sentencing is adjourned from January 25, 2023 to February 16, 2023 at 2:00 p.m.
> SO ORDERED.
> Dated: 12/29/2022
>
> P. Kevin Castel
> United States District Judge

**BY ECF**
The Honorable P. Kevin Castel
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   **United States** v. **Rigoberto Ramos**, S3 21 Cr. 640 (PKC)

Dear Judge Castel:

The Government respectfully writes to request, on consent of the defendant, an adjournment of the sentencing of defendant Rigoberto Ramos, currently scheduled for January 25, 2023. (Dkt. 115). The undersigned will each be participating in separate trials on that date. Accordingly, the Government respectfully requests an adjournment to February 16, 2023, at 2:00 p.m., which date and time the Government understands works for the defense and for the Court.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:   _____/s/_____
Alexander Li
Micah F. Fergenson
Assistant United States Attorneys
(212) 637-2265/-2190

cc:   Michael Kushner, Esq. (*via ECF*)