UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                       S3 21 CR 640 (PKC)

         -against-                                        ORDER

 RIGOBERTO RAMOS,

                               Defendants.
------------------------------------------------------------x
CASTEL, U.S.D.J.

        Sentencing previously scheduled for February 16, 2023 is adjourned to February 23, 2023 at 3:30 p.m. in Courtroom 11D.

        SO ORDERED.

                                                     P. Kevin Castel
                                       United States District Judge

Dated: New York, New York
       February 10, 2023