UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                       S3 21 CR 640 (PKC)

        -against-                                                      <u>ORDER</u>

RIGOBERTO RAMOS,

                           Defendant.
------------------------------------------------------------x
CASTEL, U.S.D.J.

        Plea scheduled for April 20, 203 is adjourned to April 27, 2023 at 2:00 p.m. in Courtroom 11D.

        SO ORDERED.

                                                          P. Kevin Castel
                                                 United States District Judge

Dated: New York, New York
       April 13, 2023